UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL A. MATHIS,

    Plaintiff,

v.                                   Case No. 8:17-cv-1991-T-30AEP

AMAZON.COM.DEDC, LLC, *et al.*,

    Defendants.
_____/

**ORDER**

This cause comes before the Court upon Defendant Amazon.com DEDC, LLC's unopposed motions to admit *pro hac vice* (Docs. 32-34). By the motions, Defendant seeks special admission of Attorneys W. John Lee, Paul Evans, and Gregory T. Parks to appear on its behalf. As Defendant concedes, Mr. Parks has appeared as counsel in three prior cases pending in the Middle District of Florida. As Local Rule 2.02 indicates, the privilege of appearing *pro hac vice* in the Middle District of Florida is granted to the extent that "such privilege is not abused by appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida[.]" M.D. Fla. R. 2.02(a). As with Mr. Bennett and Mr. Marchiando, who sought admission *pro hac vice* on behalf of Plaintiff in this action, Mr. Parks' request to appear *pro hac vice* for a fourth time in this district alone constitutes appearances in separate cases that rise to such a degree as to constitute the maintenance of a regular practice in Florida, as prohibited by Local Rule 2.02(a). Accordingly, it is hereby

    ORDERED:

    1. The motions for W. John Lee and Paul Evans to appear *pro hac vice* (Docs. 32, 33) are GRANTED. Attorneys W. John Lee and Paul Evans may appear *pro hac vice* on behalf of

Defendant Amazon.com DEDC, LLC, with Attorney Brian M. Ercole designated as local counsel pursuant to Local Rule 2.02(a). To the extent counsel has not already done so, within twenty-one (21) days of the date of this Order, counsel shall comply with the form, fee, and electronic filing requirements and file a notice of compliance with said requirements.

2. The motion for Gregory T. Parks to appear *pro hac vice* (Doc. 34) is DENIED.

DONE AND ORDERED in Tampa, Florida, on this 2nd day of November, 2017.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record