UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL A. MATHIS,

    Plaintiff,

v.                                                                             Case No: 8:17-cv-1991-T-30AEP

AMAZON.COM.DEDC, LLC. and
ACCURATE BACKGROUND, LLC,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Settlement (Dkt. 62). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice as to Defendant AMAZON.COM.DEDC, LLC only and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action as to Defendant AMAZON.COM.DEDC, LLC, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Defendant AMAZON.COM.DEDC, LLC.

2. All pending motions regarding Defendant AMAZON.COM.DEDC, LLC, if any, are denied as moot.

3. The Clerk is directed to terminate Defendant AMAZON.COM.DEDC, LLC as a party from this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of March, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record