UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL A. MATHIS,

    Plaintiff,

v.                                      Case No: 8:17-cv-1991-T-30AEP

AMAZON.COM.DEDC, LLC and
ACCURATE BACKGROUND, LLC,

    Defendant.
_____

**ORDER OF DISMISSAL**

Before the Court is the Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) for Defendant AMAZON.COM.DEDC, LLC. (Dkt. 68). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice as to AMAZON.COM.DEDC, LLC.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to terminate Defendant AMAZON.COM.DEDC, LLC. from this case.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of June, 2018.

/s/ James S. Moody, Jr.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record