**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHAEL A. MATHIS,

    Plaintiff,

v.                                                                      Case No: 8:17-cv-1991-T-30AEP

ACCURATE BACKGROUND, LLC,

    Defendant.

_____

**ORDER OF DISMISSAL**

Before the Court is the Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) for Defendant Accurate Background, LLC (Dkt. 70). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions, if any, are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of February, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record